

Michael J. Grygiel
Tel 518-689-1400
Fax 518-689-1499
grygielm@gtlaw.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2019 ★

LONG ISLAND OFFICE

March 27, 2019

### *VIA UPS / OVERNIGHT DELIVERY*

Hon. Douglas C. Palmer
Clerk of the Court
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re: *Patricia Cummings v. The City of New York et. al.*,
         E.D.N.Y Case No. 2:19-cv-01664-SJF-SIL

Dear Mr. Palmer:

    I write respectfully in response to the docket entry entered in the above-referenced action on March 26, 2019. Please be advised that the undersigned is in the process of gathering the materials required to be submitted in support of a *pro hac vice* application to the United States District Court for the Eastern District of New York. A completed application will be submitted as soon as possible.

    Thank you for your attention to this matter.

                                 Respectfully submitted,

                                 GREENBERG TRAURIG, LLP

                                 Michael J. Grygiel

MJG/rsb
cc: (*via electronic mail*)
     All Counsel of Record

ACTIVE 42613455v1

Greenberg Traurig, LLP | Attorneys at Law
54 State Street | 6th Floor | Albany, NY 12207 | T +1 518.689.1400 | F +1 518.689.1499

www.gtlaw.com