# EXHIBIT B



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  600747/2019**

Created on:04/04/2019 09:15 AM

Case Caption:   **Patricia Cummings v. The City of New York et al**  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE<br>SUMMONS WITH NOTICE | Processed | 01/10/2019 | Liotti, T. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/11/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 3 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING<br>STATEMENT OF AUTHORIZATION | Processed | 02/11/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/11/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/19/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 6 | NOTICE OF APPEARANCE (PRE RJI)<br>and Demand for Complaint | Processed | 02/19/2019 | Grygiel, M. |
| 7 | DEMAND FOR COMPLAINT | Processed | 02/19/2019 | Balog, A. |
| 8 | DEMAND FOR CHANGE OF PLACE OF TRIAL | Processed | 02/19/2019 | Balog, A. |
| 9 | DEMAND FOR COMPLAINT | Processed | 02/21/2019 | Leish, M. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/28/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 11 | DEMAND FOR COMPLAINT | Processed | 03/14/2019 | Lawlor, J. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/19/2019 | Liotti, T. - filed by TMS Services, Inc. |
| 13 | STIPULATION - OTHER<br>Stipulation extending plaintiff's time to serve Complaint to and including May 17, 2019 | Processed | 03/19/2019 | Liotti, T. |
| 14 | NOTICE OF REMOVAL / REMAND (POST RJI) | Processed | 03/22/2019 | Leish, M. |
| 15 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/01/2019 | Liotti, T. - filed by TMS Services, Inc. |