UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PATRICIA CUMMINGS,  Case No.:
 19-cv-01664-
Plaintiff,  SJF-SIL

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF
EDUCATION; CITY OF NEW YORK OFFICE OF SPECIAL
INVESTIGATIONS; NYC MAYOR BILL de BLASIO; GIULIA COX;
COURTNEY WARE; BEN CHAPMAN; NEW YORK DAILY NEWS;
DR. ANDRE PERRY; THE HECHINGER REPORT a/k/a HECHINGER
INSTITUTE ON EDUCATION AND THE MEDIA; LENARD LARRY
McKELVEY a/k/a *CHARLAMAGNE THA GOD*; WWPR-FM (105.1 MHZ);
iHEARTMEDIA; CLEAR CHANNEL COMMUNICATIONS, INC.;
NEW YORK STATE SENATOR KEVIN S. PARKER; COUNCILMAN
JUMAANE D. WILLIAMS; COUNCILMAN DANIEL DROMM;
COALITION OF EDUCATIONAL JUSTICE; ANGEL MARTINEZ;
NATASHA CAPERS, and "JOHN DOE AND JANE DOE # 1-100" said
names being fictitious, it being the intent of Plaintiff to designate any and
all individuals, officers, members, agents, servants, and/or employees of the
aforementioned agencies owing a duty of care to Plaintiff, individually and
jointly and severally,

Defendants.
------------------------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached is a true copy of a Notice of Hearing of the

Honorable Sandra J. Feuerstein, scheduling an Initial Conference in the above-captioned action

for **September 18, 2019, at 11:15 a.m., in Courtroom 1010,** at the Central Islip Courthouse of

this Court, located at **100 Federal Plaza, Central Islip, New York 11722.**

**PLEASE TAKE FURTHER NOTICE** that the said Notice of Hearing further directs

that the parties shall appear with authority, or with individuals with authority, to settle this matter.

Dated: Garden City, New York
April 11, 2019

*[signature]*

LAW OFFICES OF THOMAS F. LIOTTI, LLC
By: Thomas F. Liotti, Esq. (TL 4471)
Attorneys for Plaintiff
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

TO: ZACHARY W. CARTER
Corporation Counsel of the City of New York
By: Aliza J. Balog, Assistant Corporation Counsel
Attorneys for Defendants, **The City of New York, New York City Department of Education, City of New York Office of Special Investigtions, NYC Mayor Bill DeBlasio, Giulia Cox, Courtney Ware, Councilman Jumaane D. Williams and Councilman Daniel Dromm**
100 Church Street, Room 2-143
New York, New York 10007-2601
Telephone: (212) 356-1104
E-mail: abalog@law.nyc.gov

MATTHEW A. LEISH, ESQ.
Assistant General Counsel
Daily News, L.P.
Attorney for Defendants, **Daily News, L.P. (sued herein as New York Daily News) and Ben Chapman**
4 New York Plaza
New York, New York 10004
Telephone: (212) 210-2144
E-mail: mleish@nydailynews.com

HAYNES AND BOONE, LLP
By: Richard D. Rochford, Esq., and Joseph Lawlor, Esq.
Attorneys for Defendants, **Dr. Andre Perry and The Hechinger Report a/k/a Hechinger Institute On Education and the Media**
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Telephone: (212) 659-4984
E-mails: richard.rochford@haynesboone.com and joseph.lawlor@haynesboone.com

TO: GREENBERG TRAURIG, LLP
By: Cynthia E. Neidl, Esq.
Attorneys for Defendant, **Lenard Larry McKelvey a/k/a** *Charlamagne Tha God*
54 State Street, 6th Floor
Albany, New York 12207
Telephone: (518) 689-1400
E-mail: neidlc@gtlaw.com and grygielm@gtlaw.com

WILLIAM T. LITTLE, ESQ.
Counsel to the Secretary of the Senate
Attorney for Defendant, **New York State Senator Kevin S. Parker**
Office of New York State Senator Kevin Parker
New York State Capitol Building
172 State Street, Room 500F
Albany, New York 12247
Telephone: (518) 455-2908 and (518) 925-2845 (cell)

HETAL DALAL
Director of Legal Compliance
On behalf of Defendant, **New York Coalition for Educational Justice (sued herein as Coalition of Educational Justice)**
449 Troutman Street, Suite A
Brooklyn, New York 11237

ANGEL MARTINEZ
**Defendant**
c/o New York City Coalition for Educational Justice
726 Broadway, 5th Floor
New York, New York 10003

NATASHA CAPERS
**Defendant**
c/o New York City Coalition for Educational Justice
726 Broadway, 5th Floor
New York, New York 10003
Telephone: (347) 610-2754

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/4/2019 at 4:01 PM EDT and filed on 4/4/2019
**Case Name:** Cummings v. The City of New York et. al.
**Case Number:** 2:19-cv-01664-SJF-SIL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
NOTICE of Hearing: Initial Conference set for 9/18/2019 at 11:15 AM in Courtroom 1010 before Judge Sandra J. Feuerstein at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722. The parties shall appear with authority, or with individuals with authority, to settle this matter. Plaintiff(s) shall serve a copy of this Notice of Hearing upon defendant(s) and file proof of such service with the Court. c/ECF. (Disbrow, Sandra)