haynesboone

Direct Dial: 212-659-4985
Direct Fax: 212-884-9574
joseph.lawlor@haynesboone.com

June 28, 2019

**_By ECF (w/o enclosures), Email, and FedEx_**

Thomas F. Liotti
Law Offices of Thomas F. Liotti, LLC
600 Old Country Road
Suite 530
Garden City, NY 11530
tom@tliotti.com

Re:    *Cummings v. The City of New York et. al.,* **19-CV-1664-SJF**

Dear Mr. Liotti:

     Pursuant to the Court's Individual Rules, please find enclosed the following papers in connection with defendants Hechinger Institute on Education and the Media, an institute of Teachers College, Columbia University, and Dr. Andre Perry's motion to dismiss in the above-referenced matter:

1. Notice of Motion to Dismiss;
2. Declaration of Richard D. Rochford, dated June 28, 2019, with exhibit; and
3. Memorandum of Law in Support of Motion to Dismiss, dated June 28, 2019.

Sincerely,

Joseph Lawlor

cc:    Counsel of Record (via ECF, w/o enclosures, and Email)

Encl.

4843-0780-1755 v.1

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com