

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

Jamesrosenfeld@dwt.com

July 1, 2019

<u>By ECF (w/o enclosures), Email</u>

Thomas F. Liotti
Law offices of Thomas F. Liotti, LLC
600 Old County Road
Suite 530
Garden City, NY 11530
tom@tliotti.com

Re:   *Cummings v. The City of New York et. Al.*, 19-CV-1664-SJF

Dear Mr. Liotti:

    Pursuant to the Court's Individual Rules, please find enclosed the following papers in connection with defendants Daily News, L.P. and Ben Chapman's motion to dismiss in the above-referenced matter:

1. Notice of Motion to Dismiss;
2. Declaration of James Rosenfeld, dated July 1, 2019, with exhibits; and
3. Memorandum of Law in Support of Motion to Dismiss, dated July 1, 2019.

Sincerely,

James Rosenfeld

cc:   Counsel of Record (via ECF, w/o enclosures and Email)

Encl.